UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE FERNANDO SALINAS-GARCIA,

    Movant,

-against-

UNITED STATES OF AMERICA,

    Respondent.



20-CV-1027 (LAP)

ORDER

LORETTA A. PRESKA, United States District Judge:

On February 18, 2020, the Court issued an order directing Movant to file a declaration showing cause why his motion should not be denied as time barred. The Clerk of Court is directed to mail a copy of the order (ECF No. 4) to Movant and note service on the docket.

SO ORDERED.

Dated: 2/20/20
New York, New York

_____
LORETTA A. PRESKA
United States District Judge